MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JOSHUA S. MURPHY__       CASE NO. _3:06-cr-00041-07-RRB_
Defendant: X Present  X In Custody

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        ROBIN M. CARTER

UNITED STATES' ATTORNEY:      FRANK RUSSO

DEFENDANT'S ATTORNEY:         ROBERT HERZ - RETAINED

U.S.P.O.:                     BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
             HELD 6/27/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:03 p.m. court convened.

X Copy of Superseding Indictment given to defendant; waived reading.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X PLEAS: Not guilty to counts 1-2, and denied count 144 of the Superseding Indictment.

X Detention uncontested. Order of Detention Pending Trial **FILED**.

X Counsel advised of trial date: **2/12/07 at 8:30 a.m.; FPTC set 2/02/07 at 9:00 a.m. Court to issue order re pretrial motions.** Counsel to meet and confer by **7/15/06**.

At 2:17 p.m. court adjourned.

DATE: June 27, 2006              DEPUTY CLERK'S INITIALS:  rc