Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Joshua S. Murphy, ) | |
| )  Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00041-07-RRB |

## ENTRY OF APPEARANCE

Comes now, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby enters his appearance on behalf of Joshua S. Murphy in the above captioned matter. All Further pleadings and correspondence should be served on:

Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501

DATED at Anchorage, Alaska, this 28th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on June 28th, 2006, a copy of the foregoing EOP was served electronically on Assistant United States Attorney
s/ Robert Herz