Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Joshua S. Murphy, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00041-07-RRB |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now, Joshua S. Murphy, defendant (07), by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby gives notice of his intent to change his plea in the above captioned matter. Defendant requests the court set a hearing at time and date convenient for the court to allow defendant to enter his change of plea.

DATED at Anchorage, Alaska, this 28th day of June 2006.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

---

**CERTIFICATE OF SERVICE**
I hereby certify that on September 12, 2007, a copy of the foregoing Notice of Intent to Change Plea was served electronically on Assistant United States Attorney
s/ Robert Herz