**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u>  JOSHUA S. MURPHY  </u>

DATE:  <u>  September 13, 2007  </u>   CASE NO.  <u>  3:06-CR-0041-07-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea at Docket 540. A change of plea hearing will be held on **Friday, September 14, 2007, at 3:00 p.m.**, in Courtroom 2 in Anchorage, Alaska. Defendant Murphy need not attend the final pretrial conference scheduled for September 14, 2007, at 1:15 p.m.