AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA



RECEIVED JAN 0 7 2008 CLERK, U.S. ... ANCHORAGE, A.K. ...COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~***SEALED***~~ |
| | **WARRANT FOR ARREST** |
| V. | CASE NUMBER: 3:06-cr-00041-07-RRB |
| JOSHUA S. MURPHY | |

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSHUA S. MURPHY and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Superseding Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952 & 960(a) & (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Count 1
21:846, 841(a)(1) & (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Count 2
21:853(a)(1) & (a)(2) - DRUG FORFEITURE - Count 144

in violation of Title  United States Code, Section(s)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| **REDACTED SIGNATURE**    Deputy Clerk | June 21, 2006, at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ to be determined            by  Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____
Anchorage, AK

| DATE RECEIVED 6-21-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-23-06 | Ron DeWitt  DUSM | [signature] |