Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:06-cr-00041-07-RRB |
| | ) | |
| vs. | ) | |
| | ) | |
| Joshua S. Murphy, | ) | **NON OPPOSED MOTION** |
| | ) | **TO CONTINUE SENTENCING** |
| Defendant. | ) | **FILED ON SHORTENED TIME** |

Comes now, Joshua S. Murphy, defendant (07), by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby moves this court for an order on shortened time to continue sentencing that is presently scheduled for Friday, May 30, 2008 for two weeks until after June 16, 2008.

Counsel has spoken to AUSA Frank Russo who non-opposes this motion and USPO Patricia Wong has been served with this filing.

DATED at Anchorage, Alaska, this 9th day of May 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

**CERTIFICATE OF SERVICE**
I hereby certify that on May 9, 2008, a copy of the foregoing Non-Opposed Motion to Cont. Sentencing was served electronically on Assistant United States Attorney
 s/ Robert Herz