Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

United States of America,                    )
                                             )
                        Plaintiff,           )  Case No. 3:06-cr-00041-07-RRB
                                             )
            vs.                              )
                                             )
Joshua S. Murphy,                            )
                                             )
_____ Defendant.           )

### ORDER RE: NON-OPPOSED MOTION ON SHORTENED TIME
### TO CONTINUE SENTENCING

This matter having come before the court on Defendant Joshua Murphy's Non-Opposed Motion on Shortened Time to Continue Sentencing and the Court, having reviewed the motion filed herein,

IT IS HEREBY ORDERED that sentencing in this matter is continued to the _____ day of _____, 2008 at _____ a.m./p.m.

DATED at Anchorage, Alaska on this _____ day of _____, 2008

_____
United States District Court Judge

*Law Offices of Robert Herz, P.C.*
*425 G Street, Suite 600 • Anchorage, AK 99501*
*Phone 907-277-7171 • Fax 907-277-0281*
*E-mail rmherz@gci.net*