Robert M. Herz
Law Offices of Robert Herz, P.C.
425 G. Street, Suite 600
Anchorage, Alaska 99501
907-277-7171 Phone
907-277-0281 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:06-cr-00041-07-RRB |
| | ) |
| vs. | ) |
| | ) |
| Joshua S. Murphy, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING EDUCATIONAL RECORDS**

Comes now, Joshua S. Murphy, defendant (07), by and through counsel, Robert M. Herz, of the Law Offices of Robert Herz, P.C. and hereby gives notice of filing educational records.

DATED at Anchorage, Alaska, this 30th day of June 2008.

THE LAW OFFICES OF ROBERT HERZ, PC

s/ Robert M. Herz
425 G. Street, Suite 600
Anchorage, Alaska 99501
Phone 907-277-7171
Fax 907-277-0281
rmherz@gci.net
AK Bar No. 8706023

Law Offices of Robert Herz, P.C.
425 G Street, Suite 600 • Anchorage, AK 99501
Phone 907-277-7171 • Fax 907-277-0281
E-mail rmherz@gci.net

---

**CERTIFICATE OF SERVICE**
I hereby certify that on June 28, 2008, a copy of the foregoing Non-Opposed Motion to Cont. Sentencing was served electronically on Assistant United States Attorney / Counsel of Record  s/ Robert Herz