# UNIVERSITY OF ALASKA FAIRBANKS
Office of the Registrar
P.O. Box 757495
Fairbanks, AK 99775-7495

SSN: 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

Record of: Joshua Stephen Murphy

Date Issued: 06-JUN-2008
FOJY
Page: 1

Level: Undergraduate - UAF
High School: No HS/No GED

```
SUBJ  NO.  C    COURSE TITLE              CRED  GRD  PTS  R
--------------------------------------------------------------
INSTITUTION CREDIT:

2007-08 Indp Learn Year Long
DEVE F070  2  Preparatory College English  3.00  A   12.00
  Ehrs:  3.00  GPA-Hrs: 3.00   Pts:   12.00  GPA:  4.00

IN PROGRESS WORK
ENGL F111X 2  Intro to Academic Writing    3.00  IN PROGRESS
     In Progress Credits     3.00
********************** TRANSCRIPT TOTALS **********************
                Earned Hrs  GPA Hrs   Points    GPA
TOTAL INSTITUTION   3.00      3.00    12.00    4.00

TOTAL TRANSFER      0.00      0.00     0.00    0.00

OVERALL             3.00      3.00    12.00    4.00
********************** END OF TRANSCRIPT **********************
```

Issued To: Joshua Murphy
Anchorage Corr Complex
1400 E 4th Ave
Anchorage, AK 99501

This officially sealed and signed transcript is printed on blue SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied the words UNOFFICIAL COPY should appear. A BLACK AND WHITE OR COLOR COPY SHOULD NOT BE ACCEPTED!

Deanna L. Dieringer, Registrar
University of Alaska Fairbanks

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND.    REJECT DOCUMENT IF SIGNATURE ABOVE IS NOT CLEAR.