**Student Lesson Record and Final Grade**
5/7/2008

RECEIVED
MAY 20 2008

**Center for Distance Education**
& Independent Learning

Murphy, Joshua
Anchorage Corr Complex East
1400 E 4th Ave
Anchorage, AK 99501

Student ID: 30235876
Start Date: 12/20/2007

Course: DEVE F070-UY5   CRN: 97033
Preparatory College English

| | Date Received | Grade | Date Graded |
|---|---|---|---|
| Lesson 01 | 1/31/2008 | 10 50 A- | 2/12/2008 |
| Lesson 02 | 1/28/2008 | 10 30 A- | 2/8/2008 |
| Lesson 03 | 1/31/2008 | 10 30 A | 2/12/2008 |
| Lesson 04 | 2/7/2008 | 10 60 B+ | 2/19/2008 |
| Lesson 05 | 2/18/2008 | 10 40 A | 3/12/2008 |
| Lesson 06 | 2/27/2008 | 10 40 A | 3/12/2008 |
| Lesson 07 | 2/27/2008 | 10 40 A | 3/12/2008 |
| Lesson 08 | 3/13/2008 | 10-60-A | 3/28/2008 |
| Lesson 09 | 3/26/2008 | 10-40-B+ | 4/11/2008 |
| Lesson 10 | 4/4/2008 | 10 0 A | 4/15/2008 |
| Exam 01 | 3/26/2008 | A | 4/11/2008 |
| Final Exam | | | |

TI Date:
Final Grade: A
Grade Date: 5/19/08

Instructor: Stealey-Bouta, Katherine

# Center for Distance Education
## & Independent Learning
University of Alaska Fairbanks · College of Rural and Community Development

2175 University Avenue South • PO Box 756700 • Fairbanks AK 99775 • phone: 907.479.3444 • 800.277.8060 • fax: 907.479.3443 • email: distance@uaf.edu • web: www.distance.uaf.edu

## EXAMINATION CERTIFICATE (Closed Book)

Joshua Murphy
Anchorage Corr Complex East
1400 E 4th Ave
Anchorage, AK 99501

Course: **DEVE F070-UY5**
Version:
Exam: **Final Exam**
Time Allowed: **3 hrs**
Guidelines:

MAY -7 2008

Date Exam Taken: 04/29/08

I have completed and submitted __10__ lessons before taking this exam.
Student's Signature: _____ Phone: _____

> Please be aware that all lessons/projects & exams preceding this exam are required to be turned into the Center for Distance Education prior to taking this examination. Center for Distance Education students must adhere to the UAF Code of Conduct. By signing this form you are in agreement.

Time Started: 9:45 am
Time Finished: 12:30 pm

Date Sent to Proctor: 4/17/2008
Proctor's Name: Thomas Lahey
Proctor's Signature: _____
Examination Grade: 93/100 A    Instructor's Signature: _____
Instructor's Comments: very well done!

Grades for examinations will be mailed back to the student in the same manner as lessons. However, the corrected exam remains in your file at CDE. You may come in and view the exam or request that the exam be sent to your proctor for review only under the proctor's supervision. Please contact CDE if you have any questions.