# STATE OF ALASKA

*Sarah Palin, Governor*

**DEPARTMENT OF CORRECTIONS**

DIVISION OF INSTITUTIONS
Anchorage Correctional Complex

1400 East 4th Ave.
ANCHORAGE, ALASKA 99501
(907) 269-4274 (TELEPHONE)
(907) 269-4277 (FAX)

To Whom It May Concern:

I am the Education Coordinator at the Anchorage Jail. On occasion, if asked, and have reason to, I will write a reference for an inmate who has attended programs in the institution. This is one of those occasions. Usually, since we are a pre-trial, inmates often are not active enough in programs for me to form an opinion. However, Joshua Murphy is an exception. He attended nearly every class session and worked diligently on his College English correspondence courses. He successfully completed Developmental English, and is now working on English 111. Working with him in the classroom, I watched his study skill and his writing greatly improve. I can further attest that working on a correspondence course in jail takes a great deal of dedication. Although I cannot speak for Mr. Murphy in any other context, I can confidently state that he has taken a positive role in helping himself, during his time here.

Thank you,

*Tom Lahey*

Tom Lahey
Education Coordinator
Anchorage Correctional Complex East